OPINION — AG — ** INTOXICATING BEVERAGES — TRANSPORTATION ** THE HOLDER OF SEVERAL PERMITS TO SELL INTOXICATING BEVERAGES AT RETAIL MAY TRANSPORT SUCH BEVERAGES BETWEEN VARIOUS RETAIL PREMISES, SUBJECT TO THE PROVISIONS OF 37 O.S. 163.18 [37-163.18] AS TO THE MARKING OF VEHICLES AND THE MAKING, POSSESSION AND RETENTION OF INVOICES. (ALCOHOLIC, LICENSE, DELIVERY, PURCHASE, VEHICLE) CITE: 37 O.S. 163.18 [37-163.18], 37 O.S. 163.14 [37-163.14] (RICHARD M. HUFF)